UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brandon McIntyre, Shane Jensen, and Lamont McGee, | Case No. 08-CV-267 (PJS/FLN) |
| Plaintiffs, | |
| v. | O R D E R |
| Robert Feneis, Mark Uner and Andy Darling, | |
| Defendants. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 13, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiffs' applications for leave to proceed *in forma pauperis* [Docket Nos. 2, 3 and 4] are DENIED; and

2. This action is DISMISSED WITHOUT PREJUDICE.

DATED: April 16, 2008         s/Patrick J. Schiltz
                              PATRICK J. SCHILTZ
                              United States District Judge